UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MAVIS MASSENGALE, | |
| Plaintiff, | |
| v. | CASE NO. 3:18- cv-00585-B |
| CHRYSLER CAPITAL, LLC, | Hon. Jane J. Boyle |
| Defendant. | |

## JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

COME NOW jointly Plaintiff, Mavis Massengale ("Massengale"), and Defendant, Chrysler Capital, LLC ("Chrysler Capital"), pursuant to the Federal Arbitration Act, the Federal Rules of Civil Procedure, and this Court's Local Rules, by and through their undersigned counsel, and file their Joint Motion to Stay Proceedings Pending Arbitration, stating as follows:

For the reasons more fully set forth in the accompanying Memorandum in Support of Joint Motion Joint Motion to Stay Proceedings Pending Arbitration, the parties have conferred and agree to submit this matter to binding arbitration. Consequently, Massengale and Chrysler Capital request a stay of these proceedings in the interim, including a suspension of all upcoming pretrial deadlines. The parties will notify the Court once the arbitration is complete.

WHEREFORE, based on the above and foregoing, the parties ask that this Court enter an Order staying this case pursuant to the Federal Arbitration Act during the pendency of the arbitration.

Dated:  May _18, 2018                                Respectfully submitted,

/s/ Amy Elizabeth Clark                              /s/ *Virginia Bell Flynn*
Amy Elizabeth Clark                                  Virginia Bell Flynn
Amy Clark Law                                        Texas Bar No. 24101258
1601 Elm Street, 33rd Floor                          TROUTMAN SANDERS LLP
Dallas, TX 75201                                     4320 Fairfax Avenue
512-850-5290                                         Dallas, Texas 75205
Fax: 626-737-6030                                    Telephone: 804.697.1480
Email: amy@amyclarklaw.com                           Facsimile: 804.698.5109
                                                     Email: virginia.flynn@troutmansanders.com

*Counsel for Plaintiff*
*Mavis Massengale*                                   *Counsel for Defendant*
                                                     *Chrysler Capital, LLC.*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(b), the undersigned counsel hereby certifies that there was a conference between the parties concerning the instant motion and its legal basis. The conference was held on May 18, 2018. An agreement was reached and parties concur that this matter should be stayed pending binding arbitration.

/s/ Amy Elizabeth Clark
Amy Elizabeth Clark
Amy Clark Law
1601 Elm Street, 33rd Floor
Dallas, TX 75201
512-850-5290
Fax: 626-737-6030
Email: amy@amyclarklaw.com

*Counsel for Plaintiff*
*Mavis Massengale*

/s/ *Virginia Bell Flynn*
Virginia Bell Flynn
Texas Bar No. 24101258
TROUTMAN SANDERS LLP
4320 Fairfax Avenue
Dallas, Texas 75205
Telephone: 804.697.1480
Facsimile: 804.698.5109
Email: virginia.flynn@troutmansanders.com

*Counsel for Defendant*
*Chrysler Capital, LLC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MAVIS MASSENGALE, | |
|     Plaintiff, | |
| v. | CASE NO. 3:18- cv-00585-B |
| CHRYSLER CAPITAL, LLC, | Hon. Jane J. Boyle |
|     Defendant. | |

I hereby certify that on the ___ day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the following:

*Counsel for Plaintiff*
Amy Elizabeth Clark
Amy Clark Law
1601 Elm Street, 33rd Floor
Dallas, TX 75201
512-850-5290
Fax: 626-737-6030
Email: amy@amyclarklaw.com


/s/ *Virginia Bell Flynn*
Virginia Bell Flynn
Texas Bar No. 24101258
TROUTMAN SANDERS LLP
4320 Fairfax Avenue
Dallas, Texas 75205
Telephone: 804.697.1480
Facsimile: 804.698.5109
virginia.flynn@troutmansanders.com

*Counsel for Defendant*
*Chrysler Capital, LLC*

4

35210284