UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MAVIS MASSENGALE,

   Plaintiff,

-vs-                                CASE NO.: 3:18-CV-00585-B

CHRYSLER CAPITAL, LLC,

   Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Mavis Massengale, and the Defendant, Chrysler Capital, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 16th day of August, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III* | */s/Virginia Bell Flynn* |
| Frank H. Kerney, III, Esquire | Virginia Bell Flynn, Esquire |
| *Admitted Pro Hac Vice* | Texas Bar No. 24101258 |
| Morgan & Morgan, Tampa, P.A. | Troutman Sanders, LLP |
| One Tampa City Center | 1001 Haxall Point |
| Tampa, FL 33602 | Richmond, VA 23219 |
| Telephone: (813) 223-5505 | Telephone: (804) 697-1480 |
| Facsimile: (813) 223-5402 | Facsimile: (804) 698-5109 |
| fkerney@forthepeople.com | Virginia.Flynn@troutmansanders.com |
| jkneeland@forthepeople.com | *Attorney for Defendant* |
| snazario@forthepeople.com | |
| *Attorney for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Virginia Bell Flynn, Esquire, Troutman Sanders, LLP, 1001 Haxall Point, Richmond, VA 23219 (virginia.flynn@troutmansanders.com).

/s/Frank H. Kerney, III
Frank H. Kerney, III, Esquire
*Admitted Pro Hac Vice*
*Attorney for Plaintiff*